IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHELSEA MODESTE,                    :

          Plaintiff,

     v.                             :        Case No. 3:18-cv-120

GOOD SAMARITAN HOSPITAL,            :        JUDGE WALTER H. RICE
*et al.*,

          Defendants.              :

_____

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #3);
DISMISSING COMPLAINT (DOC. #2) WITHOUT PREJUDICE FOR
LACK OF JURISDICTION; JUDGMENT TO ENTER IN FAVOR OF
DEFENDANTS AND AGAINST PLAINTIFF; TERMINATION ENTRY

_____


     Based upon the reasoning and citations of authority set forth by United

States Magistrate Judge Sharon L. Ovington in her April 27, 2018, Report and

Recommendations, Doc. #3, as well as upon a thorough *de novo* review of this

Court's file and the applicable law, the Court ADOPTS said judicial filing in its

entirety.  Although Plaintiff was notified of the right to file Objections to the Report

and Recommendations, and of the consequences of failing to do so, no Objections

were filed within the time allotted.

     The Court DISMISSES WITHOUT PREJUDICE Plaintiff's Complaint, Doc. #2,

for lack of jurisdiction.

     Judgment shall be entered in favor of Defendants and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: May 16, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE